PER CURIAM.
Affirmed. Colonial Stores, Inc. v. Scarbrough, 355 So.2d 1181 (Fla.1978); Atlantic Greyhound Lines v. Lovett, 134 Fla. 505, 184 So. 133 (1938); Thomas v. Fowler, 414 So.2d 215 (Fla. 4th DCA 1982); Allstate Insurance Co. v. A.D.H., Inc., 397 So.2d 928 (Fla. 3d DCA 1981); Variety Children’s Hospital, Inc. v. Perkins, 382 So.2d 331 (Fla. 3d DCA 1980), rev’d on other grounds, 445 So.2d 1010 (Fla.1984); Tidwell v. Toca, 362 So.2d 85 (Fla. 3d DCA 1978); see and compare Metropolitan Dade County v. Dillon, 305 So.2d 36 (Fla. 3d DCA 1975).